James M Sailors

Plaintiff

FILED

2026 JUN 18 PM 4:32

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ SC
DEPUTY

Case No. 1:26-CV-00165-DAE

Jennings Et Al,

Defendant

Manual Filing of Exhibit E
Response in Oppostion to Motion
to Dismiss (Dkt 9)

James M Sailors - Plaintiff Pro Se

1300 W 24Th St Blog
Austin, TX, 78705

Date - 6-18-26