UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAMES MICHAEL SAILORS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:26-CV-00165-DAE |
| | § | |
| OFC., KYLE JENNINGS #7076, | § | |
| SGT. ALEXANDER LOMOVSTEV#6317, | § | |
| OFC. JULIAN OGLE #7787, | § | |
| OFC. VINCENT NGUYEN #9583, | § | |
| OFC. JOE AGUILAR #8267, | § | |
| OFC. JONATHAN BYNUM#5611, | § | |
| ADA WILLA COCKSHUTT, | § | |
| Defendants. | § | |

**DEFENDANT ADA WILLA COCKSHUTT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT COCKSHUTT'S REPLY (DKT. 13) FOR DEFECTIVE SERVICE, OR ALTERNATIVELY FOR ORDER OF RE-SERVICE AND ENLARGEMENT OF PLANTIFF'S TIME TO RESPOND**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Defendant ADA Willa Cockshutt ("Defendant"), by and through her attorney of record, the Travis County Attorney, and files her Response to Plaintiff's Motion to Strike Defendant Cockshutt's Reply (Dkt. 13) for Defective Service, or Alternatively for Order of re-service and Enlargement of Plaintiff's Time to Respond. ECF No. 14.  In support thereof, Defendant would show the following:

1.      This is a civil rights case that was filed on January 22, 2026. ECF 1. Defendant filed her Motion to Dismiss on June 2, 2026.  ECF No. 9. Plaintiff filed his response to Defendant's Motion to Dismiss on June 18, 2026.  ECF No. 10.

1370865.1  383.501                                                                                          1

2.      On June 25, 2026, Defendant timely filed her Reply to Plaintiff's Response to Defendant's Motion to Dismiss. ECF No. 13 at 7:49 p.m. The certificate of service was incorrect because it mistakenly included the CMRRR number from the previous pleading filed by Defendant in this case. Additionally, Defendant did not realize that Plaintiff had signed up for electronic service. On June 25, 2026, at 8:10 p.m., Plaintiff e-mailed counsel that the certificate of service was incorrect, and that he was not served by e-mail. Apparently, Plaintiff was aware of the filing immediately after it was filed, but he filed a Motion to Strike on June 26, 2026, at 6:52 a.m.  ECF No. 14.

3.      Later the same morning, on June 26, 2026, Defendant's counsel amended their certificate of service to reflect the correct CMRRR number. ECF 15. Plaintiff obviously received Defendant's Reply and was aware of it being filed within approximately twenty minutes of its filing. Defendant has noted that Plaintiff prefers to be served via e-mail and is doing so in this pleading and for future pleadings. As such, Defendant asks this Court to deny Plaintiff's Motion to Strike as moot.

**WHEREFORE, PREMISES CONSIDERED,** Defendant ADA Willa Cockshutt prays that Plaintiff's Motion to Strike Defendant ADA Cockshutt's Reply to Plaintiff's Response to her Motion to Dismiss be denied. Defendant further requests any and all further relief to which she may be justly entitled.

///

Respectfully submitted,

**DELIA GARZA**
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone:    (512) 854-9513
Facsimile:    (512) 854-4808

By:    */s/ Elaine Casas*
       ELAINE CASAS
       State Bar No. 00785750
       Elaine.Casas@traviscountytx.gov
       SUSANA NARANJO-PADRON
       State Bar No. 24105688
       Susana.Naranjo-Padron@traviscountytx.gov
       Assistant County Attorneys
       *Attorneys for Defendant*
       *ADA Willa Cockshutt*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

And I hereby certify that a true and correct copy of the foregoing will be sent via certified mail, return receipt requested on the 1st day of July 2026, to the following

**Vía email:james.sailors22@gmail.com**
James Michael Sailors
1300 W 24th Street, B109
Austin, Texas 78705
Pro Se

                          */s/ Elaine Casas*
                          ELAINE CASAS
                          Assistant County Attorney

ADA Willa Cockshutt's Response to Plaintiff's Motion to Strike Defendant's Reply for Defective Service

1370865.1  383.501                                                    3