**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **JAMES MICHAEL SAILORS,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **OFC. KYLE JENNINGS #7076,** | § | |
| **SGT. ALEXANDER LOMOVSTEV** | § | |
| **#6371,** | § | **CIVIL ACTION NO. 1:26-CV-00165** |
| **OFC. VINCENT NGUYEN #9583,** | § | |
| **OFC. JOE AGUILAR #5611,** | § | |
| **DET. JULIAN OGLE #7787,** | § | |
| **OFC. JONATHON BYNUM #5611,** | § | |
| **ADA WILLA COCKSHUTT,** | § | |
| **Each in their Individual Capacity,** | | |
| *Defendant.* | | |

## DEFENDANT OFFICERS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants Kyle Jennings, Alexander Lomovstev, Julian Ogle, Vincent Nguyen, Joe Aguilar, and Jonathon Bynum ("the Officers") file this Unopposed Motion for an Extension of Time to File Defendants' Reply in Support of Defendants' Motion to Dismiss [Doc. 17]. Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the Officers respectfully show the Court the following:

### I.    MOTION TO EXTEND TIME

Plaintiff filed and served *Plaintiff's Response in Opposition to Defendant Officers' Motion to Dismiss Plaintiff's Complaint* [Doc. 20] on July 13, 2026. With this document, Plaintiff has referenced 20 exhibits (Exh. A – T), which Defendants do not have in possession of at the time of this filing. The deadline for Defendants to file their reply is July 20, 2026

The Officer Defendants respectfully request a seven-day extension of the deadline to respond to Plaintiff's response document.  This motion is not made for the purpose of delay and will not prejudice any party but is needed to give the undersigned an opportunity to review the 20-page response and all referenced exhibits. Additionally, Defendants' counsel has an unrelated injunctive hearing scheduled for this week, as well as previously planned personal obligations.

Counsel has reached out to Plaintiff (who is proceeding pro se) via email. Plaintiff has responded that he is unopposed to this extension.

WHEREFORE PREMISES CONSIDERED, the Officers respectfully request that the Court grant this Unopposed Motion for an Extension of Time to File Reply in Support of Motion to Dismiss and enter an order extending the deadline for the Officers to file responsive pleadings to July 27, 2026.

RESPECTFULLY SUBMITTED,

DEBORAH THOMAS, CITY ATTORNEY
VASU BEHARA, LITIGATION DIVISION CHIEF

 /s/   *Luke McHenry*
Luke McHenry
State Bar No. 24057993
Luke.McHenry@austintexas.gov
Assistant City Attorney
City of Austin
P. O. Box 1546
Austin, Texas 78767-1546
Telephone (512) 974-2401
Facsimile (512) 974-1311

**ATTORNEYS FOR DEFENDANTS KYLE JENNINGS, ALEXANDER LOMOVSTEV, JULIAN OGLE, VINCENT NGUYEN, JOE AGUILAR, AND JONATHON BYNUM**

## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned counsel reached out to Plaintiff via email on July 13, 2026, regarding this extension. Plaintiff has responded that he is unopposed to this motion or the extension of time.

                           /s/   Luke McHenry
                           Luke McHenry

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Defendant Officers' Opposed Motion for an Extension of Time to File Reply in Support of Defendants' Motion to Dismiss* has been provided to the following, in accordance with the Federal Rules of Civil Procedure, on July 13, 2026. I understand the CM/ECF system will send a Notice of Electronic Filing to the following counsel of record.

**Via CM/ECF Service:**

James Michael Sailors
1300 W 24th St B 109
Austin, Texas 78705
Telephone: (512) 200-1215
James.sailors22@gmail.com

**PLAINTIFF (pro-se)**

Elaine Casas
Elaine.casas@traviscountytx.gov
Susana Naranjo-Padron
Susana.jaranjo-padron@traviscountytx.gov
Assistant County Attorneys
TRAVIS COUNTY ATTORNEY'S OFFICE
P. O. Box 1748
Austin, Texas 78767
Telephone: (512_ 854-9513

**ATTORNEYS FOR DEFENDANT**
**ADA Willa Cockshutt**

                           /s/   Luke McHenry
                           Luke McHenry